UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **5:18-cv-02154-ODW (MAA)**                              Date: **September 4, 2019**

Title   **Bobby Joe Cox v. Dr. T. Spencer**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order Regarding Plaintiff's Status Report

On May 24, 2019, the Court issued a Scheduling Order regarding discovery and pretrial motions. ("Order," ECF No. 53.) Among other deadlines, the Order required each party to file and serve a Status Report on or before August 31, 2019. (*Id*. at 1, 5–6.)

Defendant Dr. T. Spencer ("Defendant") filed a Status Report on August 23, 2019. (Def.'s Status Report, ECF No. 61.)

To date, Plaintiff Bobby Joe Cox ("Plaintiff") has not filed a Status Report. Plaintiff is **ORDERED TO SHOW CAUSE** by **October 4, 2019** why the Court should not recommend that the lawsuit be dismissed for failure to comply with a Court order. If Plaintiff files a Status Report on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to respond to this Order will result in a recommendation that the lawsuit be dismissed.** *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

| | |
|---:|---:|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |